IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH D. RUDICK**                                                                       PLAINTIFF

v.                                  No. 3:23-cv-173-DPM

**WOODRUFF COUNTY ARKANSAS, A
Body Politic and Corporate; PHIL
REYNOLDS, In His Individual and
Official Capacity as Sheriff of Woodruff
County, Arkansas; and JODY AKINS,
"Joe", In his Individual and Official
Capacity as Deputy Sheriff for Woodruff
County, Arkansas**                                                                         DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 24 November 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

22 September 2025